## CHIDSEY *et al.* v. ELLIS *et al.*

No. 3575.    Opinion Filed February 10, 1914.

(138 Pac. 789.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs. Where the plaintiff in error, as well as the defendant in error, fails to file and serve brief as required by rule 7 (38 Okla vi) of this court, it will be presumed that the appeal has been abandoned, and it should be dismissed.

(Syllabus by Galbraith, C.)

*Error from District Court, Murray County;*
*R. McMillan Judge.*

Action by J. C. Chidsey and others against D. F. Ellis and others. From the judgment, Chidsey and others bring error. Dismissed.

*H. M. Carr* and *J. B. Thompson*, for plaintiffs in error.

*W. N. Lewis* and *Ledbetter, Stuart & Bell*, for defendants in error.

Opinion by GALBRAITH, C. The petition in error and case-made in this case was filed with the clerk of this court February 5, 1912, and the case was regularly submitted January 19, 1914. Neither party has filed briefs, as required by rule 7 (38 Okla. vi) of this court, and the appeal must therefore be taken as abandoned, and should be dismissed.

By the Court: It is so ordered.